NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARRETT WORTH,              )
                           )
    Appellant,          )
                           )
v.                         )    Case No. 2D19-2039
                           )
STATE OF FLORIDA,          )
                           )
    Appellee.           )
_____)

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Kimberly Campbell,
Judge.


PER CURIAM.

    Affirmed.  See Robinson v. State, 793 So. 2d 891 (Fla. 2001); Ellis v.

State, 762 So. 2d 912 (Fla. 2000); State v. Harris, 356 So. 2d 315 (Fla. 1978); Lopez v.

State, 135 So. 3d 539 (Fla. 2d DCA 2014); Ward v. State, 946 So. 2d 33 (Fla. 2d DCA

2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Calloway v. State, 914 So.

2d 12 (Fla. 2d DCA 2005); State v. Wilson, 203 So. 3d 192 (Fla. 4th DCA 2016);

Williams v. State, 143 So. 3d 423 (Fla. 1st DCA 2014); Ives v. State, 993 So. 2d 117

(Fla. 4th DCA 2008); Rangel v. State, 937 So. 2d 1218 (Fla. 3d DCA 2006).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.